UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:24-cv-80421-RS**

HOWARD COHAN,

    Plaintiff,

vs.

TIKI DELRAY, LLC,
d/b/a ATLANTIC AVENUE YACHT CLUB,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, TIKI DELRAY, LLC d/b/a ATLANTIC AVENUE YACHT CLUB ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 6th day of June, 2024.

| | |
|---|---|
| BY: /s/ Jason S. Weiss<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br>*Attorneys for Plaintiff* | BY: /s/ Jessica Malloy-Thorpe<br>Jessica Malloy-Thorpe<br>FL Bar No. 109717<br>Jessica.Malloy-Thorpe@millermartin.com<br>Scott E. Simmons<br>TN Bar No. 29392<br>Scott.Simmons@millermartin.com<br>(Pro Hac Vice Application Forthcoming)<br>MILLER & MARTIN PLLC<br>Suite 1200, Volunteer Building |

|  | 832 Georgia Avenue<br>Chattanooga, TN 37402<br>Telephone: (423) 756-6600<br>Facsimile: (423) 785-8480<br>*Attorneys for Defendant* |
|---|---|