UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:24-cv-80421-RS**

HOWARD COHAN,

    Plaintiff,

vs.

TIKI DELRAY, LLC,
d/b/a ATLANTIC AVENUE YACHT CLUB,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

    1.    Defendant, TIKI DELRAY, LLC, d/b/a ATLANTIC AVENUE YACHT CLUB ("Defendant"), has not served an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    2.    This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                          BY:   *s/ Jason S. Weiss*
                                                                      Jason S. Weiss
                                                                      Jason@jswlawyer.com
                                                                      Florida Bar No. 356890
                                                                      **WEISS LAW GROUP, P.A.**
                                                                      5531 N. University Drive
                                                                      Suite 103
                                                                      Coral Springs, FL 33067
                                                                      Tel: (954) 573-2800
                                                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss